## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA ,    :    No. 260 EAL 2019

                Respondent    :

     :    Petition for Allowance of Appeal from

     :    the Order of the Superior Court

                   v.    :

     :

BRYANT  WHITNEY,    :

                Petitioner    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 15th day of October, 2019, the Petition for Allowance of Appeal is **DENIED**.